# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TOM KLUTHO, on behalf of himself and all others similarly situated, | Case No. 4:20-cv-885 |
| Plaintiff, | Judge: Hon. Ronnie L. White |
| v. | |
| ONSTAR, LLC, | |
| Defendant. | |

| | |
|---|---|
| Ronald J. Eisenberg #48674 (MO)<br>Robert Schultz #35329 (MO)<br>SCHULTZ & ASSOCIATES LLP<br>640 Cepi Drive, Suite A<br>Chesterfield, MO 63005<br>(636) 537-4645 / Fax: (636) 537-2599<br>rschultz@sl-lawyers.com<br><br>*Attorneys for Plaintiff Tom Klutho* | Rosa M. Tumialán #42297 (IL)<br>DYKEMA GOSSETT PLLC<br>10 South Wacker Drive Suite 2300<br>Chicago, IL 60606<br>Phone: (312) 876-1700<br>Fax:  (855) 262-3751<br>rtumialan@dykema.com<br><br>John M. Thomas #63647 (MO)<br>Krista L. Lenart #P59601 (MI)<br>DYKEMA GOSSETT PLLC<br>2723 S. State St., Suite 400<br>Ann Arbor, MI 48104<br>Phone: (734) 214-7613; (734) 214-7676<br>Fax: (855) 262-3751<br>jthomas@dykema.com<br>klenart@dykema.com<br><br>*Attorneys for Defendant OnStar, LLC* |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff Tom Klutho ("Plaintiff") and Defendant OnStar, LLC ("OnStar"), by and through their respective counsel, hereby stipulate as follows:

Plaintiff voluntarily dismisses all his claims and/or counts against OnStar with prejudice, with each party to bear their own costs.

                                        Respectfully Submitted,

By: /s/ *Robert Schultz (with permission)*      By: */s/ Krista L. Lenart*
SCHULTZ & ASSOCIATES LLP            DYKEMA GOSSETT PLLC
Attorneys for Plaintiff                         Attorneys for Defendant
Date: 9/4/20_____           Date: 9/4/20 _____

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was electronically filed via the Court's electronic filing system this 4th day of September, 2020 for service on all counsel of record.

/s/ *Krista L. Lenart*