UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TOM KLUTHO, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) )  Case No. 4:20cv885 RLW |
| vs. | ) ) ) |
| ONSTAR, LLC, | ) ) |
| Defendant, | ) ) |

## ORDER OF DISMISSAL

In accordance with the Stipulation of Voluntary Dismissal with Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii) (ECF No. 14),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of Plaintiff's lawsuit. Fed. R. Civ. P. 41(a)(1)(A)(i)

Dated this 9th day of September, 2020.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE